UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BNSF RAILWAY COMPANY,**

   Plaintiff,

v.                                            **No. 4:22-cv-052-P**

**INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS – TRANSPORTATION DIVISION ET AL,**

   Defendants.

### ORDER

   Before the Court is Plaintiff BNSF Railway Company's Motion for Temporary Restraining Order ("Motion"). ECF No. 6. The Court **ORDERS** that a hearing regarding the Motion will be held at **10:00 a.m.** on **Monday, January 24, 2022**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas. The Court further **ORDERS** that all Parties send a client representative to the hearing.

   BNSF Railway Company shall serve Defendants' counsel with a copy of this Order **no later than January 21, 2022 at 5:00 p.m.** And should the Defendants like to file a brief, the Defendants must file a Response Brief **on or before January 24, 2022 at 9:00 a.m.**

   **SO ORDERED** on this **20th day** of **January, 2022.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE